UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN SUAREZ ARTUNDUAGA,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 3:25-cv-3627-CAB-KSC<br><br>**ORDER TO RESPOND** |

  Petitioner Cristian Suarez Artunduage ("Petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of the Fourth and Fifth Amendments and the Administrative Procedure Act. [*Id.* at 18–26.] He seeks immediate release from ICE detention, or at minimum, an individualized bond hearing. [*Id.* at 27.]

  Having reviewed the petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.").

///

///

Accordingly, the Court **ORDERS** as follows:

1. Respondents shall file a response to the petition by **December 26, 2025**. The response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Petitioner may file a reply in support of his Petition by **December 30, 2025**.

3. To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **SHALL NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the petition. *See Doe v. Bondi*, Case No. 3:25-cv-805-BJC-JLB, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

4. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the petition and this order.

It is **SO ORDERED**.

Dated: December 18, 2025

Hon. Cathy Ann Bencivengo
United States District Judge