UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CRISTIAN SUAREZ ARTUNDUAGA,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.:  3:25-cv-3627-CAB-KSC

**ORDER CLOSING CASE**

Petitioner Cristian Suarez Artunduaga filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  The Court partially granted the writ and ordered Respondents to provide Petitioner an individualized bond hearing.  [Doc. No. 7.]  Petitioner subsequently received a bond hearing on February 10, 2026.  [Doc. No. 8.]

Petitioner has received the relief his Petition requested.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  March 25, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

3:25-cv-3627-CAB-KSC